**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**MARIA JOHNSON,**
**Plaintiff,**

**v.** **Case No. 1:26-cv-00135-MW-ZCB**

**KAREN NUNEZ, and**
**THE KAREN D. AUER**
**REVOCABLE TRUST,**
**Defendants.**
_______________________________________________/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT**

Plaintiff, MARIA JOHNSON (hereinafter "Plaintiff"), by and through undersigned counsel, respectfully requests that the Court enter an Order extending the time for the Plaintiff to serve Defendants, KAREN NUNEZ and THE KAREN D. AUER REVOCABLE TRUST (hereinafter "Defendants").

1. Plaintiff filed the Complaint, ECF No. [1], on June 2, 2026

2. The Court issued the Summons, ECF No.[4], on June 3, 2026.

3. Plaintiff sent the filing documents to Plaintiff's Initial Service Processor, ABC Legal Services, on June 12, 2026.

4. Plaintiff's Initial Service Processor has diligently but unsuccessfully attempted service on Defendant at property 5658 SW 104th Terrace, Gainesville, Florida 32608, on June 15, 18 of 2026.

5. Plaintiff's Initial Service Processor has diligently but unsuccessfully attempted service on Defendant at 15413 Azra Drive, Odessa, Florida 33556 (hereinafter

"Odessa" address), on June 30, 2026 and July 1, 2, 4, 6, 7, and 8, 2026.

6. Plaintiff's Initial Service Processor has diligently but unsuccessfully attempted service on Defendant at 14149 Waterville Circle, Tampa, Florida, 33626, on July 17, 22, and 28, 2026 and August 1, 2026.

7. After the multiple failed attempts at each of the three addresses referenced in Paragraphs 4, 5, and 6, Plaintiff further investigated and discovered that the Defendant has claimed Homestead Tax Exemption at each of the three addresses. [EXHIBITS A, B C, E, and F]

8. Because all three homes are listed as Homestead properties as listed on the Alachua, Pasco, and Hillsborough County Tax Collector websites, Plaintiff endured further investigation to determine which property would most likely be Defendant's actual residence.

9. Further investigation found that the address listed in Paragraph 5, the "Odessa" address is also where the Defendant lists as her voter registration address. [EXHIBIT G]

10. Further investigation found that the address listed in Paragraph 5, the "Odessa" address has an April 2026 Enhanced Life Estate Deed filed and recorded with the Pasco County Property Appraiser's office. Language on this deed reads, "This is the Homestead Real Property of the Grantor [the Defendant]." [EXHIBIT D]

11. As such the Plaintiff has hired a new Process Server, Ody Process, Inc. to conduct a surveillance on the Odessa Property and ultimately attempt to further serve the Defendant at this Property.

In accordance with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the Court may, for good cause, extend the time for an act that may or must be done within a specified period of time. In the instant case, the original deadline to serve the Defendants is August 31, 2026. Plaintiff preemptively files this motion to respectfully request a reasonable extension of time to serve process on the Defendant, and request the Court extend for thirty (30) days. This Motion is not being filed for the purpose of delay, and no party will be prejudiced by granting this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending the time for the Plaintiff to serve Defendants, Karen Nunez, and Karen D. Auer Revocable Trust with initial service of process in this case, and for such other further relief the Court deems just and proper.

**RESPECTFULLY FILED**, this Twenty Seventh day of August, 2026.

**FLORIDA LEGAL SERVICES, INC.**
**Attorneys for Plaintiff**

By: /s/ Pablo Hereter
Pablo Hereter
Florida Bar No. 1054509
Florida Legal Services
PO Box 533986
Orlando, FL 32853
Phone: (407) 801-4253
Facsimile: (407)505-7327
Email: pablo.hereter@floridalegal.org

By: /s/ Joseph E. Cordova
Joseph Cordova
Florida Bar No. 1011275
Florida Legal Services
PO Box 533986
Orlando, FL 32853
Phone: (407) 801-4224
Email: joseph.cordova@floridalegal.org

# EXHIBIT A

John Power TAX COLLECTOR Serving Alachua County
FLORIDA STERLING AWARD RECIPIENT

ALATB15081F

**2024 PAID REAL ESTATE**

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | PROPERTY ADDRESS | MILLAGE CODE |
|---|---|---|
| 06860 130 020 | 5658 SW 104TH TER | 0400 |

AUER KAREN D TRUSTEE
15413 AZRA DR
ODESSA, FL 33556-3727

**EXEMPTIONS:**
HOMESTEAD,
HOMESTEAD ADD'L 25K

SCAN TO PAY ONLINE

## AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION(S) | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY GENERAL | 7.6180 | 177,462 | 50,000 | 127,462 | 971.01 |
| MSTU-SHERIFF LAW ENFORCEMENT | 3.5678 | 177,462 | 50,000 | 127,462 | 454.76 |
| LIBRARY GENERAL | 1.0000 | 177,462 | 50,000 | 127,462 | 127.46 |
| SCHOOL CAP PROJECT | 1.5000 | 177,462 | 25,000 | 152,462 | 228.69 |
| SCHOOL DISCRNRY & CN | 0.7480 | 177,462 | 25,000 | 152,462 | 114.04 |
| SCHOOL GENERAL | 3.0130 | 177,462 | 25,000 | 152,462 | 459.37 |
| SCHOOL VOTED | 1.0000 | 177,462 | 25,000 | 152,462 | 152.46 |
| CHILDREN'S TRUST | 0.4500 | 177,462 | 50,000 | 127,462 | 57.36 |
| ST JOHNS RIVER WATER MGT DISTR | 0.1793 | 177,462 | 50,000 | 127,462 | 22.85 |
| TOTAL MILLAGE | 19.0761 | | | AD VALOREM TAXES | $2,588.00 |

## LEGAL DESCRIPTION

HAILE PLANTATION UNIT 13 PB Q-3 & Q-4 LOT 20 OR 1981/0826 & OR 3784/1321

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | UNIT | RATE | AMOUNT |
|---|---|---|---|
| 164 BOCC REFUSE URBAN | 1.000 | @ 276.8600 | 276.86 |
| 710 BOCC SOLID WASTE MGMT | 1.000 | @ 25.2700 | 25.27 |
| 550 COUNTY FIRE SERVICES | 1.000 | Varies | 373.23 |
| 555 COUNTY STORMWATER | 1.000 | Varies | 60.00 |
| NON-AD VALOREM ASSESSMENTS | | | $735.36 |

**PAY ONLY ONE AMOUNT.**

**COMBINED TAXES AND ASSESSMENTS** $3,323.36

| IF PAID BY / PLEASE PAY | Nov 30, 2024 / $0.00 | | | | |
|---|---|---|---|---|---|

Please Retain this Portion for your Records. Receipt Available Online.

## JOHN POWER, CFC

ALACHUA COUNTY TAX COLLECTOR

**2024 PAID REAL ESTATE**

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

PLEASE PAY IN U.S. FUNDS TO JOHN POWER, TAX COLLECTOR • P.O. BOX 44310 • JACKSONVILLE, FL 32231-4310

| ACCOUNT NUMBER | PROPERTY ADDRESS |
|---|---|
| 06860 130 020 | 5658 SW 104TH TER |

AUER KAREN D TRUSTEE
15413 AZRA DR
ODESSA, FL 33556-3727

## PAY ONLY ONE AMOUNT

| IF PAID BY | PLEASE PAY |
|---|---|
| ☐ Nov 30, 2024 | $0.00 |
| ☐ | |
| ☐ | |
| ☐ | |
| ☐ | |

WANT TO RECEIVE YOUR BILL ELECTRONICALLY NEXT YEAR? VISIT www.AlachuaCollector.com AND SIGN UP FOR E-BILLS!

Receipt # 24-0044736 $3,190.43 Paid 11/28/2024

# EXHIBIT B

Search > Account Summary > Bill Details

# Real Estate Parcel/Account #36-26-17-0190-00600-0080

**Current Owner:**
NUNEZ JORGE & KAREN

**Property:**
15413 AZRA DRIVE
ODESSA, FL 33556

Parcel details
Property Appraiser
Property Map
Homestead Exemption

## 2025 Annual Bill

**PASCO COUNTY TAX COLLECTOR**

**Notice of Ad Valorem Taxes and Non-ad Valorem Assessments**

| BILL | AMOUNT DUE |
|---|---|
| 2025 Annual Bill | $0.00 |

**PAID**

Print (PDF)

| If paid by: | Please pay: |
|---|---|
| Nov 30, 2025 | $0.00 |

Combined taxes and assessments: $209.00

PAYMENTS MUST BE MADE IN US FUNDS.

## Ad Valorem Taxes

| MILLAGE | | TAX |
|---|---|---|
| 16.8169 | $0.00 | |

## Non-Ad Valorem Assessments

**AMOUNT**
**$209.00**

## Parcel Details

| | |
|---|---|
| **Current Owner:** | NUNEZ JORGE & KAREN |
| **Prior Owner:** | QUAIFE COLBY & ASHLEY |
| **Property:** | 15413 AZRA DRIVE<br>ODESSA, FL 33556 |
| **Parcel/Account** | 36-26-17-0190-00600-0080 |
| **Alternate Key** | 1411002 |
| **Millage code** | UF - UNINCORPORATED PASCO W/FIRE MSTU |
| **Millage rate** | 16.8169 |
| **Assessed value:** | $556,600 |
| **School assessed value:** | $556,600 |

**2025 TAX AMOUNTS**

| | |
|---|---|
| **Ad valorem:** | $0.00 |
| **Non-ad valorem:** | $209.00 |
| **Total Discountable:** | $209.00 |
| **Total tax:** | $209.00 |

**LEGAL DESCRIPTION**

GREY HAWK AT LAKE POLO PHASE TWO PB 57 PG 4 BLOCK 6 LOT 8

**LOCATION**

| | |
|---|---|
| **Geo number:** | 36-26-17-0190-00600-0080 |
| **Property class:** | |

| | |
|---|---|
| **Range:** | 17 |
| **Township:** | 26 |
| **Section:** | 36 |
| **Block:** | 00600 |
| **Lot:** | 0080 |
| **Total acres:** | 0.266 |

**EXEMPTIONS**

| | |
|---|---|
| **Disabled ex-service member or surviving spouse** | $0 |
| **Homestead Exemption** | $25,000 |
| **Additional Homestead Exemption** | $25,722 |
| **Totally Disabled Veteran Exemption** | $531,600 |

**Pasco County Tax Collector**
Post Office Box 276, Dade City, Florida 33526-0276

# EXHIBIT C

# Mike Fasano
## Pasco County Tax Collector
*"Thank You for allowing us to serve you."*

# 2025 Paid Real Estate

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS** Corrected

| Parcel / Account Number | Escrow | Tax District |
|---|---|---|
| 36-26-17-0190-00600-0080 | | UF |

Pay your current taxes online at www.pascotaxes.com

NUNEZ JORGE & KAREN
15413 AZRA DRIVE
ODESSA, FL 33556

Scan to Pay

15413 AZRA DRIVE

GREY HAWK AT LAKE POLO PHASE TWO PB
57 PG 4 BLOCK 6 LOT 8

**Paid 11/24/2025** **Receipt # 26-0-048629** **$200.64 Paid By** **Karen and Jorge Nunez**

**Ad Valorem Taxes**

| Taxing Authority | Telephone | Millage | Assessed Value | Exemption | Taxable Value | Taxes Levied |
|---|---|---|---|---|---|---|
| COUNTY COMMISSION - OPERATING | 727-847-8980 | 7.4042 | 556,600 | 556,600 | 0 | 0.00 |
| SCHOOL OPERATING STATE LAW | 727-774-2268 | 3.0260 | 556,600 | 556,600 | 0 | 0.00 |
| SCHOOL - CAPITAL OUTLAY | 727-774-2268 | 1.5000 | 556,600 | 556,600 | 0 | 0.00 |
| VOTER APPROVED - SCHOOL - ADDITIONAL OPERATING | 727-774-2268 | 1.0000 | 556,600 | 556,600 | 0 | 0.00 |
| SCHOOL - LOCAL DISCRETIONARY | 727-774-2268 | 0.7480 | 556,600 | 556,600 | 0 | 0.00 |
| COUNTY MUNICIPAL SERVICE FIRE DIST | 727-847-8980 | 2.1225 | 556,600 | 556,600 | 0 | 0.00 |
| COUNTY PARKS MSTU | 727-847-8980 | 0.0000 | 556,600 | 556,600 | 0 | 0.00 |
| COUNTY ROADS MSTU | 727-847-8980 | 0.4052 | 556,600 | 556,600 | 0 | 0.00 |
| SW FLA WATER MANAGEMENT DISTRICT | 800-423-1476 | 0.1831 | 556,600 | 556,600 | 0 | 0.00 |
| PASCO COUNTY MOSQUITO CONTROL | 727-376-4568 | 0.2091 | 556,600 | 556,600 | 0 | 0.00 |
| VOTER APPROVED - COUNTY FIRE RESCUE BOND 2019 | 727-847-8980 | 0.0182 | 556,600 | 556,600 | 0 | 0.00 |
| VOTER APPROVED - COUNTY FIRE RESCUE BOND 2020 | 727-847-8980 | 0.0364 | 556,600 | 556,600 | 0 | 0.00 |
| VOTER APPROVED - COUNTY FIRE RESCUE BOND 2024 | 727-847-8980 | 0.0100 | 556,600 | 556,600 | 0 | 0.00 |
| VOTER APPROVED - COUNTY JAIL BOND 2019 | 727-847-8980 | 0.0229 | 556,600 | 556,600 | 0 | 0.00 |
| VOTER APPROVED - COUNTY JAIL BOND 2021 | 727-847-8980 | 0.0953 | 556,600 | 556,600 | 0 | 0.00 |
| VOTER APPROVED - COUNTY PARKS & REC BOND 2019 | 727-847-8980 | 0.0086 | 556,600 | 556,600 | 0 | 0.00 |
| VOTER APPROVED - COUNTY PARKS & REC BOND 2022 | 727-847-8980 | 0.0116 | 556,600 | 556,600 | 0 | 0.00 |
| VOTER APPROVED - COUNTY LIBRARIES BOND 2019 | 727-847-8980 | 0.0081 | 556,600 | 556,600 | 0 | 0.00 |
| VOTER APPROVED - COUNTY LIBRARIES BOND 2021 | 727-847-8980 | 0.0077 | 556,600 | 556,600 | 0 | 0.00 |

**Total Millage** 16.8169 **Total Ad Valorem Taxes** $0.00

**Non-Ad Valorem Taxes**

| Levying Authority | Telephone | Amount |
|---|---|---|
| COUNTY SOLID WASTE | 727-847-8123 | 114.00 |
| COUNTY STORMWATER | 727-834-3611 | 95.00 |

**Total Non-Ad Valorem Taxes** $209.00
**Total Combined Taxes & Assessments** $209.00

| If Paid By<br>Please Pay | Nov 30, 2025<br>$0.00 | | | | |
|---|---|---|---|---|---|

***Your check is your receipt, or you may visit our website, www.pascotaxes.com to print a receipt.***

♦PLEASE DETACH AND RETURN BOTTOM STUB WITH PAYMENT♦


# Mike Fasano
## Pasco County Tax Collector
*"Thank You for allowing us to serve you."*

# 2025 Paid Real Estate

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS** Corrected

| Parcel / Account Number | Escrow | Tax District |
|---|---|---|
| 36-26-17-0190-00600-0080 | | UF |

Pay your current taxes online at www.pascotaxes.com

| If Paid By<br>Please Pay | Nov 30, 2025<br>$0.00 | | | | |
|---|---|---|---|---|---|


**PLEASE PAY IN U.S. FUNDS (U.S. BANK) TO: MIKE FASANO, PASCO COUNTY TAX COLLECTOR, PO BOX 276, DADE CITY, FL 33526-0276**


15413 AZRA DRIVE

GREY HAWK AT LAKE POLO PHASE TWO PB
57 PG 4 BLOCK 6 LOT 8

NUNEZ JORGE & KAREN
15413 AZRA DRIVE
ODESSA, FL 33556

# EXHIBIT D

INSTR# 2026063180 OR BK 11396 PG 1460 Page 1 of 2
04/08/2026 09:24 AM Rcpt: 2945345 Rec: 18.50 DS: 0.70 IT: 0.00
Nikki Alvarez-Sowles, Esq., Pasco County Clerk & Comptroller

**Prepared by and when recorded return to:**

Michelangelo Mortellaro, Esq.
Mortellaro Law
4102 W. Linebaugh Ave., Suite 100
Tampa, Florida 33624
(813) 367-1500

(Space above this line reserved for recording office use only)

**Parcel Identification No.: 36-26-17-0190-00600-0080**

# ENHANCED LIFE ESTATE DEED

**THIS INDENTURE** is made, executed and entered into this 31 day of March, 2026, by and between **JORGE NUNEZ** and **KAREN NUNEZ,** husband and wife, of 15413 Azra Drive, Odessa, FL 33556, (hereinafter referred to as "Grantor"); to **JORGE NUNEZ** and **KAREN NUNEZ,** husband and wife, of 15413 Azra Drive, Odessa, FL 33556, as life tenants; an ENHANCED LIFE ESTATE without any liability for waste, with full power and authority in them to sell, convey, mortgage, lease and otherwise dispose of the property and to revoke this conveyance and reconvey the property described below in fee simple, with or without consideration, and without joinder by the remaindermen, and to keep absolutely any and all proceeds derived therefrom without liability for claims or debts of the remaindermen. Upon the death of the life tenants, title shall immediately vest in the then serving Trustee of the **KAREN D. AUER REVOCABLE TRUST** dated September 27, 2007, and any amendments thereto, of 15413 Azra Drive, Odessa, FL 33556, (hereinafter referred to as "Grantee").

(Wherever used herein, the terms "grantor" and "grantee" shall include singular and plural heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations wherever the context so admits and requires.)

*WITNESSETH,* that the Grantor, for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable considerations in hand paid by the said Grantee, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, remise, release, convey, and quitclaim unto the Grantee any and all right, title, interest claim and demand which the Grantor has in and to the following described lot, piece or parcel of land, situate, lying and being in the County of PASCO, State of Florida, to wit:

**Lot 8, Block 6, Grey Hawk at Lake Polo Phase Two, according to the map or plat thereof as recorded in Plat Book 57, Page 4, of the Public Records of Pasco County, Florida.**

**Property Address: 15413 Azra Drive, Odessa, FL 33556**

**SUBJECT TO** all easements, restrictions, declarations and all other matters of record, if any, which are not reimposed hereby, and taxes for the year of conveyance and subsequent years.

**Title to the property herein has not been examined or approved by drafter of the deed.**

***THIS IS THE HOMESTEAD REAL PROPERTY OF THE GRANTOR.***

**Grantor reserves unto themselves for and during their lifetime, the exclusive possession, use and enjoyment of the rents and profits of the property described herein. Grantor further reserves unto itself, for and during their lifetime, the right to sell, lease, encumber by mortgage, pledge, lien, or otherwise manage and dispose, in whole or in part, or grant any interest therein, of the aforesaid premises by gift, sale or otherwise so as to terminate the interests of the Grantee, as the Grantor in their sole discretion shall decide, except to dispose of said property by devise upon their death. The Grantor further reserves unto themselves the right to cancel this deed by further conveyance which may destroy any and all rights which the Grantee may possess under this deed. Grantee shall hold a remainder interest in the property described herein and upon the death of the Grantor, if the property described herein has not been previously disposed of prior to the Grantor's death, all right and title to the property remaining shall fully vest in Grantee subject to such liens and encumbrances existing at that time.**

***TO HAVE AND TO HOLD*** the same together with all and singular appurtenances thereunto belonging or in anywise appertaining, in fee simple forever.

***IN WITNESS WHEREOF***, Grantor has hereunto set Grantor's hand and seal the day and year first written above.

*Signed sealed and delivered in our presence:*

LaZet Cano, Witness
4102 W. Linebaugh Ave., Suite 100
Tampa, FL 33624

**JORGE NUNEZ**

Ryan M. Edmiston, Witness
4102 W. Linebaugh Ave., Suite 100
Tampa, FL 33624

**KAREN NUNEZ**

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

I hereby certify that on this day before me, an officer duly qualified to take acknowledgments personally appeared by means of [✓] physical presence or [___] online notarization, **JORGE NUNEZ**, who produced a Florida Driver's License as identification and who did not take an oath and **KAREN NUNEZ**, who produced a Florida Driver's License as identification and who did not take an oath.

Witness my hand and official seal in the County and State last aforesaid this 31 day of March, 2026.

SARAH KEARNEY
Notary Public - State of Florida
Commission # HH 263310
My Comm. Expires May 11, 2026
Bonded through National Notary Assn.

Notary Public

# EXHIBIT E

NANCY C. MILLAN
HILLSBOROUGH COUNTY
TAX COLLECTOR

hillstaxfl.gov

# 2025 HILLSBOROUGH COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

**Account No.:** A0035203292

**Account Name/Address:** KAREN A NUNEZ
14149 WATERVILLE CIR
TAMPA, FL 33626-1621

**Legal Description:**
HAMPTON CHASE TOWNHOMES
LOT 34 BLOCK 18

**Property Location:**
14149 WATERVILLE CIR,
TAMPA,
33626

## Ad Valorem Taxes

| Taxing Authority | Telephone | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Amount |
|---|---|---|---|---|---|---|
| ENVIRONMENTAL LAND | 813-272-5890 | 216,019 | 50,722 | 165,297 | 0.0604 | 9.98 |
| COUNTY M.S.T.U. | 813-272-5890 | 216,019 | 50,722 | 165,297 | 4.6163 | 763.06 |
| LIBRARY-SERVICE | 813-273-3652 | 216,019 | 50,722 | 165,297 | 0.5583 | 92.29 |
| SCHOOL - LOCAL | 813-272-4064 | 216,019 | 25,000 | 191,019 | 2.2480 | 429.41 |
| SCHOOL - VOTER APPROVED | 813-272-4064 | 216,019 | 25,000 | 191,019 | 1.0000 | 191.02 |
| SCHOOL - STATE | 813-272-4064 | 216,019 | 25,000 | 191,019 | 3.0920 | 590.63 |
| PORT AUTHORITY | 813-905-5132 | 216,019 | 50,722 | 165,297 | 0.0737 | 12.18 |
| HILLS CO TRANSIT AUTHORITY | 813-384-6583 | 216,019 | 50,722 | 165,297 | 0.5000 | 82.65 |
| CHILDRENS BOARD | 813-229-2884 | 216,019 | 50,722 | 165,297 | 0.4589 | 75.85 |
| WATER MANAGEMENT | 352-796-7211 | 216,019 | 50,722 | 165,297 | 0.1831 | 30.27 |
| COUNTY OPERATING | 813-272-5890 | 216,019 | 50,722 | 165,297 | 5.4608 | 902.65 |

**Total Millage:** 18.2515 **Total Ad Valorem Taxes:** $3,179.99

## Non-Ad Valorem Taxes

| Taxing Authority | Telephone | Tax Amount |
|---|---|---|
| STORMWATER MANAGEMENT | 813-635-5400 | 28.54 |
| SOLID WASTE DISPOSAL | 813-272-5680 | 208.60 |
| SOLID WASTE COLLECTION | 813-272-5680 | 302.17 |

**Total Non-Ad Valorem Assessments:** $539.31 **Combined Taxes & Assessments:** $3,719.30

↓ Detach below portion and return it with your payment. ↓

---

**Nancy C. Millan, Hillsborough County Tax Collector** **2025 NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| Account No.: A0035203292 | Tax District: U | Escrow: | Assessed Value: 216,019 | Exemptions: HB, HX |
|---|---|---|---|---|

**ONLY PAY ONE AMOUNT**
Postmarks not accepted after March 31st.

| If Paid By | Amount Due |
|---|---|
| Nov 30, 2025 | $0.00 |
| | |
| | |
| | |
| | |

**SAVE A STAMP & PAY ONLINE!**
SCAN QR CODE WITH SMARTPHONE

**Remember to write your account number on your check.**
**Make checks payable in US funds to:**

Nancy C. Millan, Tax Collector
PO Box 30012
Tampa FL 33630-3012

KAREN A NUNEZ
14149 WATERVILLE CIR
TAMPA, FL 33626-1621

11/23/2025 Receipt # 25-0-128037 $3,570.53 Paid

# EXHIBIT F

NANCY C. MILLAN
HILLSBOROUGH COUNTY
TAX COLLECTOR

Menu

Español

Search > Account Summary

# Real Estate Account #A0035203292

**Owner:**
NUNEZ KAREN A

**Situs:**
14149 WATERVILLE CIR
TAMPA 33626

Parcel details
GIS
Property Appraiser
Homestead Exemption

## Get Bills By Email

Sign up

## Amount Due

Your account is **paid in full**. There is nothing due at this time.

Your most recent payment was made on **11/23/2025** for **$3,570.53**.

Aug 27 4:06

# EXHIBIT G

VoteRef

Florida | Search Registered Voters by Name or Address...

## Voter Information

### Karen Auer Nunez

| | | |
|---|---|---|
| **Registration Address**<br>15413 Azra Dr, Odessa FL 33556 | **Registration Status**<br>Active | **Registration Date**<br>02/14/1987 |
| **DoB/Age**<br>67 | **County**<br>Pasco | **Congressional District**<br>12 |
| **House District**<br>55 | **Senate District**<br>21 | **Precinct**<br>014 |
| **Party Affiliation**<br>Democratic | **Archive Date**<br>02/10/2026 | |

*All data from State Secretary of State

Aug 13 9:41