# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 1:26-CV-00135-MW-ZCB

Plaintiff:
**MARIA JOHNSON**

vs.

Defendant:
**KAREN NUNEZ, AND THE KAREN D. REVOCABLE TRUST**

For:
Florida Legal Services, Inc.
P.O. Box 533986
Orlando, FL 32853

Received by KRISTINA STONE on the 27th day of August, 2026 at 6:29 pm to be served on **KAREN D. AUER REVOCABLE TRUST, 15413 AZRA DRIVE, ODESSA, FL 33556**.

I, KRISTINA STONE, do hereby affirm that on the **29th day of August, 2026** at **9:28 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL PRELIMINARY STATEMENT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **KAREN D. AUER REVOCABLE TRUST** at the address of: **15413 AZRA DRIVE, ODESSA, FL 33556**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 230, Hair: Grey, Glasses: Y

Pursuant to Florida Statutes, under penalties of perjury, I declare that I have read the foregoing affidavit of service and the facts stated are true. I certify that I have no interest in the above action, I am over the age of 18 years old and that I am a certified process server and/or an appointed process server in good standing in the circuit in which this defendant was served.

Kristina Stone

**KRISTINA STONE**
#9163

**ODY'S PROFESSIONAL PROCESS**
**P.O. Box 1623**
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2026012470

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

SERVED 8/29/26, 9:28AM
KS 9163

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

MARIA JOHNSON

*Plaintiff(s)*

v.

KAREN NUNEZ, and THE KAREN D. REVOCABLE TRUST

*Defendant(s)*

Civil Action No. 1:26-cv-00135-MW-ZCB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Karen D. Auer Revocable Trust
5658 SW 104th Terrace,
Gainesville, FL 32608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jared D. Comstock, Esq.
The Law Offices of Hayter, Comstock & Williamson, P.A.
Gainesville, FL 32601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA

JESSICA J LYUBLANOVITS

*CLERK OF COURT*

Date: 06/03/2026

s/ KELLI MALU, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-00135-MW-ZCB KAREN D AUER REVOCABLE TRUST

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: