**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**MARIA JOHNSON,**

***Plaintiff*,**

**v.** **Case No.: 1:26cv135-MW/ZCB**

**KAREN NUNEZ and THE KAREN D. AUER REVOCABLE TRUST,**

***Defendants*.**
_________________________________/

**ORDER GRANTING MOTION FOR LEAVE TO AMEND**

This Court has considered, without hearing, Plaintiff's motion for leave to file a first amended complaint. ECF No. 13. Although Plaintiff has not demonstrated compliance with this Court's referral requirements under the Local Rules, inasmuch as the amendment is solely to name the correct Defendants and to correct the case style—and given that this case is in its infancy and the parties have yet to submit their joint Rule 26 report—this Court exercises its discretion to **GRANT** the motion. Plaintiff is advised to review and follow the Local Rules, particularly the conferral requirement under Local Rule 7.1, going forward. *See* N.D. Fla. Loc. R. 7.1(B)–(C). The amended complaint, ECF No. 14, is now the operative pleading.

**SO ORDERED on October 15, 2026.**

**s/Mark E. Walker**
**United States District Judge**