**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

MARIA JOHNSON,

Plaintiff,

vs. Case No.: 1-26-cv-00135-MW-ZCB

KAREN NUNEZ, individually and
as Trustee of the KAREN D. AUER
RECOVABLE TRUST,

Defendants.
__________________________/

**JOINT REPORT OF THE PARTIES' PLANNING MEETING**

Plaintiff, MARIA JOHNSON, and Defendants, KAREN NUNEZ, individually and as Trustee of the KAREN D. AUER RECOVABLE TRUST, by and through their undersigned attorneys, submit this Joint Report of the Parties' Planning Meeting pursuant to the Court's Initial Scheduling Order dated September 24, 2026 (ECF No. 12), and state:

1. **Meeting**: The following persons participated in a Rule 26(f) conference on October 15, 2026, by telephone:

Pablo Hereter, Esq., representing Plaintiff;
Jared D. Comstock, Esq., representing Defendants.

2. **Initial Disclosures:** The parties will complete the initial disclosures required by Rule 26(a)(1) by **November 6, 2026**.

3. **Discovery Plan:** The parties propose this discovery plan:

(a) **Discovery will be needed on these subjects:** Discovery matters include, but are not limited to, Plaintiff's allegations of discrimination and damages and Defendants' defenses to such allegations.

(b) **Discovery Deadline: May 31, 2027.** The Court's initial scheduling Order set a discovery deadline of January 22, 2027, however, the Parties believe that more time is needed. Plaintiff filed her Complaint on June 2, 2026, and served Defendants with the Complaint on August 29, 2026. Plaintiff filed an Amended Complaint on October 15, 2026. As indicated below, the parties believe this case will be ready for trial in August 2027 and, for that reason, request a discovery deadline of May 31, 2027.

(c) **Interrogatories:** Absent leave of court, the maximum number of interrogatories by each party to another party shall be limited to twenty-five (25), including discrete subparts, and the answers shall be due within thirty (30) days of service as otherwise required by Federal Rule of Civil Procedure 33.

(d) **Requests for Admissions:** The Parties agree to limit the number of requests for admissions to thirty (30). Responses to requests for admissions are due within thirty (30) days of being served with said requests.

(e) **Depositions:** Maximum of ten (10) depositions by each party without leave of Court.

(f) **Length of Depositions:** Depositions will be limited to one day of seven (7) hours each, in accordance with the Federal Rules of Civil Procedure 30.

(g) **Rule 26(a)(2) Expert Disclosures**:

(i) Plaintiff's Expert Disclosures: **November 16, 2026**.

(ii) Defendants' Expert Disclosures: **December 16, 2026.**

(iii) Plaintiff's Rebuttal Expert Disclosures: **January 15, 2027**.

(h) **Supplementation under Rule 26(e):** Pursuant to Rule 26(e), the parties will supplement a discovery response within thirty (30) days of learning that the discovery response is incorrect or incomplete.

4. **<u>Other Items</u>:**

(a) The parties do not request a conference with the court before entry of the scheduling order.

(b) The parties request a **pre-trial conference 30 days prior to trial**.

(c) Final date for Plaintiff to amend pleadings or join parties is **November 16, 2026**.

(d) Final date for Defendants to amend pleadings or join parties is **December 16, 2027**.

(e) Final date for dispositive and Daubert motions: **June 21, 2027**.

(f) Final date for motions in limine: **30 days before pretrial conference**.

(g) The parties have discussed the possibility of prompt settlement or resolution of the case. At this time, the possibility of an early settlement is unknown.

(h) Mediation will be appropriate after the completion of core discovery. The Parties agree to a mediation deadline of **March 31, 2027**.

(i) Deadline for Rule 26(a)(3) Pretrial Disclosures: **thirty (30) days prior to trial.**

(j) Deadline to file objections under Rule 26(a)(3): **fourteen (14) days after service**.

(k) Suggested trial date and estimate of trial length: **August 2027 for three (3) days**.

5. **Other matters pursuant to the Court's Initial Scheduling Order:**

(a) **Magistrate Jurisdiction**: The parties have conferred regarding consent to magistrate jurisdiction.

(b) **Nature and Basis of all Claims and Defenses:** Plaintiff alleges that Defendants refused to rent a residential dwelling located at 2649 NW 57th Place, Gainesville, FL 32653, to Plaintiff based on her familial status in violation of the Florida Fair Housing Act (Fla. Stat. §§ 760.20-760.37) and the Federal Fair Housing Act (42 U.S.C. §§ 3601-3619). Defendants denies the allegations and asserts that she acted in good faith based on legitimate business concerns and without any discriminatory intent.

(c) **Electronically Stored Information:** The type or scope of electronic data that may be requested or produced is unknown at this time, but the parties believe discovery of electronic data in this case to be limited.

(d) **Reason for Proposed Trial Date in Excess of 8 Months:** Plaintiff commenced this action on June 2, 2026, and served Defendants with the Complaint on August 29, 2026. Plaintiff just filed an Amended Complaint on October 15, 2026. Eight months from the date of filing is February 2, 2026. The parties believe additional time is needed to conduct discovery, attend mediation, and otherwise prepare the case for trial. Additionally, Defendants' counsel coaches high school baseball at Gainesville High School making a spring trial date (February through May) difficult. For these reasons, the parties request a trial date in **August 2027**.

(e) **Prospects of Settlement**: At the present time, the prospects of settlement are unknown. The Parties agree to discuss settlement throughout the case in good faith and believe that mediation will be productive. The Parties will promptly inform the Court if a settlement is reached.

(f) **Manuel for Complex Litigation**: The Parties do not believe that this matter is subject to the Manuel for Complex Litigation.

Respectfully submitted this 28th day of October 2026.

**FLORIDA LEGAL SERVICES, INC.**

*/s/ Pablo Hereter*
Pablo Hereter
Florida Bar No. 1054509
Joseph E. Cordova
Florida Bar No. 1011275
P.O. Box 533986
407-801-4253
Orlando, FL 32853
Email: pablo.hereter@floridalegal.org
joseph.cordova@floridalegal.org
*Attorneys for Plaintiff*

**HCW LEGAL**

*/s/ Jared D. Comstock*
Jared D. Comstock
Florida Bar No. 95937
1418 NW 6th Street
Gainesville, FL 32601
352-374-8566
Email: jared@hcwlegal.com
service@hcwlegal.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 28, 2026, the foregoing document was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notification of such filing to all counsel of record.

*/s/ Jared D. Comstock*
Jared D. Comstock, Esq.