**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

MARIA JOHNSON,

Plaintiffs,

Case No.: 1:26-cv-00135-MW-ZCB

v.

KAREN NUNEZ, individually and as Trustee of the KAREN D. AUER REVOCABLE TRUST,

Defendants.
_______________________________________/

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL**

Plaintiff, by undersigned counsel and pursuant to Florida of General Practice and Judicial Administration 2.420, submits this Motion to Determine Confidentiality of Court Records and, in support, states:

1. Plaintiff seeks an order determining the confidentiality of the information social security number and banking information provided in the Complaint (Doc. 1.) and Amended Complaint (Doc.14.).

2. This information should be considered confidential in order to: avoid substantial injury to a party by the disclosure of matters protected by a common law or privacy right not generally inherent in this type of proceeding, specifically potential identification theft.

3. Plaintiff requests that the confidential information be maintained under seal. There is no less restrictive measure available to protect these interests and the degree, duration, and manner of confidentiality sought is no broader than necessary to protect those interests.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order determining that the information identified in this motion is confidential, directing the clerk of court to file under seal any document containing the Defendants personal information to maintain under seal Complaint (Doc.1.) and Amended Complaint (Doc. 5.), and entering any further relief this court deems just and proper.

**Local Rule 7.1(B) Certification**

Undersigned counsel has conferred with opposing counsel by electronic mail in a good faith effort to resolve the issues raised in this motion. Defendants' counsel do not oppose this Motion to Seal.

Dated: November 18, 2026

Respectfully submitted,

**FLORIDA LEGAL SERVICES, INC.**
**Attorneys for Plaintiff**

By: /s/ Pablo Hereter

Pablo Hereter
Florida Bar No. 1054509
Florida Legal Services
PO Box 533986
Orlando, FL 32853

Phone: (407) 801-4253
Facsimile: (407)505-7327
Email: pablo.hereter@floridalegal.org

By: /s/ Joseph E. Cordova
Joseph Cordova
Florida Bar No. 1011275
Florida Legal Services
PO Box 533986
Orlando, FL 32853
Phone: (407) 801-4224
Email: joseph.cordova@floridalegal.org