**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**MARIA JOHNSON,**

***Plaintiff*,**

**v.** **Case No.: 1:26cv135-MW/ZCB**

**KAREN NUNEZ and THE KAREN D. AUER REVOCABLE TRUST,**

***Defendants*.**
___________________________________/

**ORDER GRANTING MOTION TO SEAL**

This Court has considered, without hearing, Plaintiff's unopposed motion to seal. ECF No. 20. The unopposed motion is **GRANTED**. The Clerk is directed to **SEAL** ECF Nos. 1 and 14.

**SO ORDERED on November 18, 2026.**

**s/Mark E. Walker**
**United States District Judge**